# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN SCHMIDTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-01178-BAM<br><br>**ORDER RECALLING SERVICE OF DEFENDANT BY THE UNITED STATES MARSHAL**<br><br>(Doc. No. 4) |

Plaintiff James Allen Schmidth ("Plaintiff") filed this action on August 20, 2020, seeking judicial review under 42 U.S.C. § 405(g) of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability insurance benefits under Title II of the Social Security Act and for supplemental security income under Title XVI of the Social Security Act. (Doc. No. 1.)

On April 15, 2020, Chief Judge Kimberly J. Mueller issued General Order 615 staying all Social Security cases brought under 42 U.S.C. § 405(g) filed on or after February 1, 2020. Accordingly, on August 24, 2020, the Court issued a minute order notifying the parties that this action has been stayed pending further order of the Court. (Doc. No. 3.)

On August 24, 2020, the Court issued an order granting Plaintiff's application to proceed *in forma pauperis*. (Doc. No. 4.) In light of the stay, the Court's order did not direct the Clerk of Court to issue summons or the United States Marshal to serve the Commissioner. (*See id.*) However, it appears that the summons issued, and, on August 25, 2020, Plaintiff filed a Notice of Submitting Service Documents. (Doc. Nos. 5, 7.) No waivers or summons have yet been returned by the United States

1

Marshal.

In light of the stay of this action pursuant to General Order 615, the Court will recall service of the summons and complaint.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Service of a copy of the summons and complaint as directed by Plaintiff is RECALLED; and

2. The Clerk of Court is directed to serve a copy of this order on the United States Marshal.

IT IS SO ORDERED.

Dated:   **August 25, 2020**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE