UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES ALLEN SCHMIDTH,

       Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

No.  1:20-cv-01178-BAM

**ORDER REGARDING STAY OF ACTION**

On August 20, 2020, Plaintiff James Allen Schmidth, proceeding through counsel, filed the complaint in this action seeking review of a decision of the Commissioner of Social Security.  (Doc. No. 1.) On August 24, 2020, the Court granted Plaintiff's application to proceed *in forma pauperis*. (Doc. No. 4.) The Court also issued a minute order on August 24, 2020, notifying the parties that, pursuant to General Order Number 615, this action had been stayed pending further order of the Court. (Doc. No. 3.) On August 24, 2020, the Clerk of Court issued the summons and new case documents and Plaintiff filed a Notice of Submitting Service Documents on August 25, 2020. (Doc. Nos. 5-7.) The Court issued an order recalling service of the summons and complaint on August 26, 2020. (Doc. No. 9.)

General Order Number 615 provides that the stay of civil matters involving the Commissioner is to be lifted on a rolling basis automatically in an individual case when either: i) the Commissioner files a proof of service showing that the certified administrative record has been served on Plaintiff; or ii) the Commissioner files the certified administrative record. Thus, to be effective, the General Order contemplates issuance of a summons and service of the complaint.  The Court therefore finds it appropriate to temporarily lift the stay in this case in

order to permit service of the summons and complaint on the Commissioner.  The stay will be reinstated, as necessary, following service of the complaint.

Accordingly, it is HEREBY ORDERED that:

1.     The stay of this action is lifted for the limited purpose of issuing summons and serving the summons and complaint;

2.     The United States marshal shall serve a copy of the summons, complaint, and this order upon the Commissioner as directed by Plaintiff. All costs of service shall be advanced by the United States; and

3.     The Clerk of Court is directed to serve a copy of this order on the United States marshal.

IT IS SO ORDERED.

Dated:   __September 3, 2020__             ____/s/ *Barbara A. McAuliffe*____
                                                                   UNITED STATES MAGISTRATE JUDGE