UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN SCHMIDTH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-01178-BAM<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. 22) |

On July 7, 2021, the parties filed a stipulation for a 30-day extension of time for Plaintiff to file his Opening Brief. (Doc. 22.) Pursuant to the Scheduling Order, the Court allows a single thirty-day extension of time by stipulation of the parties without Court approval. (Doc. 12-1.) The Court acknowledges the parties' stipulation that "Plaintiff shall have a 30-day extension of time, from July 7, 2021 to August 6, 2021, for Plaintiff to serve on defendant with Plaintiff's Opening Brief." (Doc. 22 at 1.) All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**July 8, 2021**__　　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1