1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 970-4822
         Facsimile: (415) 744-0134
7        E-Mail: Marcelo.Illarmo@ssa.gov
8
   Attorneys for Defendant
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| JAMES ALLEN SCHMIDT,<br><br>Plaintiff,<br><br>v.<br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 1:20-cv-01178-BAM<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 1, 2021          */s/ Jonathan O. Pena*
                               (*as authorized via e-mail on 10/1/21)
                               JONATHAN O. PENA, ESQ.
                               Attorneys for Plaintiff


Dated: October 1, 2021          PHILLIP A. TALBERT
                               Acting United States Attorney
                               DEBORAH LEE STACHEL
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                   By:         */s/ Marcelo Illarmo*
                               MARCELO ILLARMO
                               Special Assistant United States Attorney

                               Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:   __October 4, 2021__          ___/s/ Barbara A. McAuliffe___
                                      UNITED STATES MAGISTRATE JUDGE

Stip. For Voluntary Remand;  Case 1:20-cv-01178-BAM          2